**Howard & Howard Attorneys PLLC**

1   **SAO**
HOWARD & HOWARD ATTORNEYS PLLC
2   Martin A. Little (#7067)
Cami M. Perkins (#9149)
3   Alexander Villamar (#9927)
3800 Howard Hughes Parkway, Suite 1000
4   Las Vegas, Nevada 89169
Tel:  702 257-1483
5   Fax: 702 567-1568
E-mail:  mal@h2law.com; cp@h2law.com; av@h2law.com
6   *Attorneys for Plaintiffs*

7                **UNITED STATES DISTRICT COURT**

8        **DISTRICT COURT FOR THE DISTRICT OF NEVADA**

9   | ESTATE OF STEPHEN DOURIS by its | **CASE NO: 2:22-CV-00371-CDS-EJY** |

ESTATE OF STEPHEN DOURIS by its
administrator, TINKA DOURIS; TINKA
10  DOURIS, individually; SCD, a minor, by and
through his guardian, TINKA DOURIS; IRD, a
11  minor, by and through her guardian, TINKA
DOURIS; CAD, a minor, by and through her
12  guardian, TINKA DOURIS; EARL DOURIS,
individually; DEBRA DOURIS, individually;
13  TARA DOURIS, individually,

14                        Plaintiffs,

15  vs.

16  CITY OF HENDERSON, a Political
Subdivision of the State of Nevada;
17  HENDERSON POLICE DEPARTMENT, a
Political Subdivision of the City of Henderson;
18  CHIEF THEDRICK ANDRES, individually
and in an official capacity as Chief of Police of
19  the Henderson Police Departments OFFICER
TRAVIS NUSBAUM, individually and in an
20  official capacity as an Officer of the Henderson
Police Department; OFFICER DONALD
21  OKAMI, individually and in an official
capacity as an Officer of the Henderson Police
22  Department; DOE OFFICERS 1-X, inclusive;
DOE INDIVIDUALS I-X, inclusive; and ROE
23  ENTITIES I-X, inclusive,

24                        Defendants.

**CASE NO: 2:22-CV-00371-CDS-EJY**

**STIPULATION AND ORDER TO
EXTEND OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT
DEADLINE**

25

26  …

27  …

Page 1 of 3

*Howard & Howard Attorneys PLLC*

1   **IT IS HEREBY STIPULATED** by and between Plaintiffs, the ESTATE OF STEPHEN

2   DOURIS by its administrator, TINKA DOURIS, TINKA DOURIS, individually and as

3   successor-in-interest to Decedent STEPHEN DOURIS, SCD, a minor, by and through his

4   guardian, TINKA DOURIS, IRD, a minor, by and through her guardian, TINKA DOURIS, CAD,

5   a minor, by and through her guardian, TINKA DOURIS, EARL DOURIS, individually, DEBRA

6   DOURIS, individually, and TARA DOURIS, individually, by and through their attorneys of

7   record, HOWARD & HOWARD ATTORNEYS, PLLC, and Defendants,  CITY OF

8   HENDERSON, a Political Subdivision of the State of Nevada, HENDERSON POLICE

9   DEPARTMENT, a Political Subdivision of the City of Henderson, CHIEF THEDRICK

10   ANDRES, individually and in an official capacity as Chief of Police of the Henderson Police

11   Departments OFFICER TRAVIS NUSBAUM, individually and in an official capacity as an

12   Officer of the Henderson Police Department, OFFICER DONALD OKAMI, individually and in

13   an official capacity as an Officer of the Henderson Police Department, by and through their

14   counsel of record, the law offices of MARQUIS AURBACH, that Plaintiffs shall have an

15   extension of time for filing their Opposition to Defendants' Motion for Summary Judgment (the

16   "Opposition") up to and including Friday, June 10, 2022. This is the first extension of time

17   requested for Plaintiffs' Opposition.

18   DATED: May 18, 2022                                   DATED: May 18, 2022

19   **HOWARD & HOWARD ATTORNEYS PLLC**       **MARQUIS AURBACH**

20

21   */s/ Alexander Villamar*                               */s/ Craig R. Anderson*

22   Martin A. Little, Esq.                                    Craig R. Anderson, Esq.
     Cami M. Perkins, Esq.                                   Nevada Bar No. 6882

23   Alexander Villamar, Esq.                                 10001 Park Run Drive
     3800 Howard Hughes Pkwy, Suite 1000         Las Vegas, Nevada 89145

24   Las Vegas, Nevada 89169                             *Attorneys for Defendants*
     *Attorneys for Plaintiffs*

25   …

26   …

27   …

**Howard & Howard Attorneys PLLC**

1

**ORDER**

2   **IT IS SO ORDERED.**

3   DATED this _19th_ day of May 2022.

_____
UNITED STATES DISTRICT JUDGE

4

5   Respectfully submitted by:

6   **HOWARD & HOWARD ATTORNEYS PLLC**

7

8    _/s/ Cami M. Perkins_
_____
Martin A. Little, Esq.
9   Cami M. Perkins, Esq.
Alexander Villamar, Esq.
10   3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, Nevada 89169
11   Telephone No. (702) 257-1483
Facsimile No. (702) 567-1568
12   _Attorneys for Plaintiffs_

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

| | |
|---|---|
| **From:** | Craig Anderson <canderson@maclaw.com> |
| **Sent:** | Wednesday, May 18, 2022 1:24 PM |
| **To:** | Alexander Villamar |
| **Cc:** | Sherri Mong; Martin A. Little; Cami M. Perkins; Joshua WS Daor |
| **Subject:** | RE: [External]  [External] Estate of Douris v. City of Henderson, et. al., Case No. 2:22-CV-00371 [IWOV-iManage.FID1178314] |

**CAUTION: EXTERNAL EMAIL**

Hi Alex:

Good by me. You can file with my signature.

Craig



**Craig R. Anderson, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.942.2136
f | 702.382.5816
canderson@maclaw.com | vcard
maclaw.com



🌲 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for  he addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately  hat you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

---

**From:** Alexander Villamar <av@h2law.com>
**Sent:** Wednesday, May 18, 2022 12:08 PM
**To:** Craig Anderson <canderson@maclaw.com>
**Cc:** Sherri Mong <SMong@maclaw.com>; Martin A. Little <MAL@h2law.com>; Cami M. Perkins <cperkins@howardandhoward.com>; Joshua WS Daor <jdaor@howardandhoward.com>
**Subject:** [External] RE: [External] Estate of Douris v. City of Henderson, et. al., Case No. 2:22-CV-00371 [IWOV-iManage.FID1178314]

Craig,

Attached for your review is a draft stipulation and order to extend opposition deadline. Please advise whether we may submit it with your electronic signature.