**SAO**
HOWARD & HOWARD ATTORNEYS PLLC
Martin A. Little (#7067)
Cami M. Perkins (#9149)
Alexander Villamar (#9927)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel:  702 257-1483
Fax: 702 567-1568
E-mail:  mal@h2law.com; cp@h2law.com; av@h2law.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF STEPHEN DOURIS by its administrator, TINKA DOURIS; TINKA DOURIS, individually; SCD, a minor, by and through his guardian, TINKA DOURIS; IRD, a minor, by and through her guardian, TINKA DOURIS; CAD, a minor, by and through her guardian, TINKA DOURIS; EARL DOURIS, individually; DEBRA DOURIS, individually; TARA DOURIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON, a Political Subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a Political Subdivision of the City of Henderson; CHIEF THEDRICK ANDRES, individually and in an official capacity as Chief of Police of the Henderson Police Departments OFFICER TRAVIS NUSBAUM, individually and in an official capacity as an Officer of the Henderson Police Department; OFFICER DONALD OKAMI, individually and in an official capacity as an Officer of the Henderson Police Department; DOE OFFICERS 1-X, inclusive; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | **CASE NO: 2:22-CV-00371-CDS-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT DEADLINE (SECOND REQUEST)** |

…

…

Page 1 of 3

4854-9471-1077, v. 1

Howard & Howard Attorneys PLLC

**IT IS HEREBY STIPULATED** by and between Plaintiffs, the ESTATE OF STEPHEN DOURIS by its administrator, TINKA DOURIS, TINKA DOURIS, individually and as successor-in-interest to Decedent STEPHEN DOURIS, SCD, a minor, by and through his guardian, TINKA DOURIS, IRD, a minor, by and through her guardian, TINKA DOURIS, CAD, a minor, by and through her guardian, TINKA DOURIS, EARL DOURIS, individually, DEBRA DOURIS, individually, and TARA DOURIS, individually, by and through their attorneys of record, HOWARD & HOWARD ATTORNEYS, PLLC, and Defendants, CITY OF HENDERSON, a Political Subdivision of the State of Nevada, HENDERSON POLICE DEPARTMENT, a Political Subdivision of the City of Henderson, CHIEF THEDRICK ANDRES, individually and in an official capacity as Chief of Police of the Henderson Police Departments OFFICER TRAVIS NUSBAUM, individually and in an official capacity as an Officer of the Henderson Police Department, OFFICER DONALD OKAMI, individually and in an official capacity as an Officer of the Henderson Police Department, by and through their counsel of record, the law offices of MARQUIS AURBACH, that Plaintiffs shall have a one week extension of time for filing their Opposition to Defendants' Motion for Summary Judgment (the "Opposition").

Plaintiffs' Opposition shall be due on Friday, June 17, 2022. This is the second extension of time requested for Plaintiffs' Opposition. The reasons this second extension of time for Plaintiffs' Opposition is that Plaintiffs' lead trial counsel has been tied up in depositions leading up to a case that is going to trial on August 2, 2022. Supporting counsel for Plaintiffs have likewise been inundated with deadlines in other cases with non-cooperative opposing counsel. Additionally, there was a personal matter of an attorney on this case that needed attention.

. . .

. . .

. . .

. . .

. . .

4854-9471-1077, v. 1

To ensure that the deadline for this the second extension of time requested for Plaintiffs' Opposition is met, Plaintiffs' counsel is adding an additional attorney to the litigation team to assist.

| | |
|---|---|
| DATED: June 15, 2022 | DATED: June 15, 2022 |
| **HOWARD & HOWARD ATTORNEYS PLLC** | **MARQUIS AURBACH** |
| */s/ Cami M. Perkins* | */s/ Craig R. Anderson* |
| Martin A. Little, Esq. | Craig R. Anderson, Esq. |
| Cami M. Perkins, Esq. | Nevada Bar No. 6882 |
| Alexander Villamar, Esq. | 10001 Park Run Drive |
| 3800 Howard Hughes Pkwy, Suite 1000 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89169 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

**ORDER**

**IT IS SO ORDERED.**

DATED this 16th day of June 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ Cami M. Perkins*
Martin A. Little, Esq.
Cami M. Perkins, Esq.
Alexander Villamar, Esq.
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, Nevada 89169
Telephone No. (702) 257-1483
Facsimile No. (702) 567-1568
*Attorneys for Plaintiffs*

4854-9471-1077, v. 1

| | |
|---|---|
| **From:** | Craig Anderson <canderson@maclaw.com> |
| **Sent:** | Wednesday, June 15, 2022 9:15 AM |
| **To:** | John J. Savage |
| **Cc:** | Martin A. Little; Cami M. Perkins; Joshua WS Daor |
| **Subject:** | Re: [External] FW: Activity in Case 2:22-cv-00371-CDS-EJY Douris et al v. City of Henderson et al Order on Stipulation |

Good by me

Sent from my iPhone

> On Jun 15, 2022, at 9:13 AM, John J. Savage <jsavage@howardandhoward.com> wrote:
>
> Hi Craig,
>
> As you may have seen, the stipulation that was denied because it did not explain the reasons for the extension.  Attached for your review is a revised stipulation that explains the reasons for the extension.
>
> Please let us know if we may submit this revised stipulation with your e-signature.

**John J. Savage**
Attorney

3800 Howard Hughes Pkwy, STE 1000, Las Vegas, NV 89169
**D:** 702.667.4811  |  **F:** 702.567.1568
jsavage@howardandhoward.com

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.