HOWARD & HOWARD ATTORNEYS PLLC
Martin A. Little (#7067)
Cami M. Perkins (#9149)
Alexander Villamar (#9927)
John J. Savage (#11455)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel:  702 257-1483
Fax: 702 567-1568
E-mail:  mal@h2law.com; cp@h2law.com; av@h2law.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF STEPHEN DOURIS by its administrator, TINKA DOURIS; TINKA DOURIS, individually; SCD, a minor, by and through his guardian, TINKA DOURIS; IRD, a minor, by and through her guardian, TINKA DOURIS; CAD, a minor, by and through her guardian, TINKA DOURIS; EARL DOURIS, individually; DEBRA DOURIS, individually; TARA DOURIS, individually,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF HENDERSON, a Political Subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a Political Subdivision of the City of Henderson; CHIEF THEDRICK ANDRES, individually and in an official capacity as Chief of Police of the Henderson Police Departments OFFICER TRAVIS NUSBAUM, individually and in an official capacity as an Officer of the Henderson Police Department; OFFICER DONALD OKAMI, individually and in an official capacity as an Officer of the Henderson Police Department; DOE OFFICERS 1-X, inclusive; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendants | **CASE NO: 2:22-CV-00371-CDS-EJY**<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, by and through their attorneys of record, Howard & Howard Attorneys, PLLC, and Defendants, by and through their attorneys of record, Marquis Aurbach, hereby submit this Stipulation and Order to Extend Time to File Supplemental Briefing to Defendants' Motion for

1

4877-0580-7689, v. 2

Summary Judgment (First Request).  This is the first request for an extension of time to file the supplemental briefing, although the previous deadline was extended once in connection with the parties' request to extend the discovery deadlines which necessarily extended the deadline to file the supplemental briefing.

Pursuant to FRCP 6(b), the Court may, for good cause, extend the time if a request is made before the original time or its extension expires.  Pursuant to the current Amended Discovery Plan and Scheduling Order, Plaintiffs' deadline to file supplemental briefing to Defendants' Motion for Summary Judgment is May 15, 2023.  Defendants' deadline to file supplemental briefing to Defendants' Motion for Summary Judgment is May 29, 2023.

The parties have worked diligently to conduct the discovery necessary to supplement their briefing to Defendants' Motion for Summary Judgment, which discovery has been extensive consisting of (i) multiple disclosures by both Plaintiffs and Defendants; (ii) Plaintiffs' conducting the depositions of Defendant OFFICER TRAVIS NUSBAUM, Defendant OFFICER DONALD OKAMI, Henderson Police Department's 30(b)(6) designee, and the deposition of Henderson Police Department's 911 dispatcher; and (iii) Plaintiffs' disclosure of their Initial Expert.

As for the deposition of Henderson Police Department's 911 dispatcher, Plaintiffs were only able to schedule and take the deposition of the dispatcher on May 1, 2023 and obtained the transcript on May 8, 2023 – one week ago.  Due to the voluminous nature of the disclosures, deposition transcripts, the recent deposition (transcript available one week ago), and the parties' mutual desire to provide meaningful and comprehensive supplemental briefing to the Court, **the parties agree to extend the time to file supplemental briefing to Defendants' Motion for Summary Judgment such that Plaintiffs' deadline to file supplemental briefing to Defendants' Motion for Summary Judgment shall be extended to from May 15, 2023 to June 2, 2023, and Defendants' deadline to file supplemental briefing shall be extended from May 29, 2023 to June 23, 2023,** subject to the Court's approval.  Therefore, the Parties submit this Stipulation and Order to Extend Time to File Supplemental Briefing to Defendants' Motion for Summary Judgment (First Request), pursuant to LR IA 6-1.

4877-0580-7689, v. 2

IT IS SO STIPULATED this 15th day of May, 2023.

MARQUIS AURBACH

By: */s/ Craig R. Anderson*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorney for Defendants*

HOWARD & HOWARD ATTORNEYS PLLC

By:    */s/ Cami M. Perkins*
   Martin A. Little, Esq.
   Nevada Bar No. 7067
   Cami M. Perkins, Esq.
   Nevada Bar No. 9149
   Alexander Villamar, Esq.
   Nevada Bar No. 9927
   John J. Savage, Esq.
   Nevada Bar No. 11455
   3800 Howard Hughes Pkwy., Ste. 1000
   Las Vegas, Nevada 89169
   *Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED:

_____
United States District Judge
Dated: May 16, 2023

HOWARD & HOWARD ATTORNEYS PLLC

4877-0580-7689, v. 2